SCOTT N. SCHOOLS (SCBN 9990)
Acting United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3-07-70366 BZ |
|     Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER AND** |
| v. | ) | **STIPULATION EXCLUDING TIME** |
| | ) | **FROM JUNE 29, 2007 TO JULY 18, 2007** |
| MANUEL DEJESUS-PINEDA, | ) | |
|     a/k/a Juan Carlos Garcia, | ) | |
|     Defendant. | ) | |

The parties appeared before the Honorable Bernard Zimmerman on June 29, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), and under Federal Rule of Criminal Procedure 5.1, from June 29, 2007 to July 18, 2007, in light of the need for the defendant's counsel to obtain and review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 3-07-70366 BZ**

1  counsel to obtain and review the discovery with the defendant.
2      2. Given these circumstances, the Court found that the ends of justice served by
3  excluding the period from June 29, 2007 to July 18, 2007 outweigh the best interest of the public
4  and the defendant in a speedy trial. Id. § 3161(h)(8)(A).
5      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
6  from June 29, 2007 to July 18, 2007 be excluded from Speedy Trial Act calculations under 18
7  U.S.C. § 3161(h)(8)(A) & (B)(iv).
8      4. The Court schedules a preliminary hearing on July 18, 2007, at 9:30 a.m.

   IT IS SO STIPULATED.

DATED: July 13, 2007                             /s/
                                        JOSH COHEN
                                        Counsel for Manuel DeJesus-Mineda


DATED: July 13, 2007                             /s/
                                        WENDY THOMAS
                                        Special Assistant U.S. Attorney


   IT IS SO ORDERED.

DATED:_____
                                        _____
                                        THE HON. BERNARD ZIMMERMAN
                                        United States Magistrate Judge

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 3-07-70366 BZ**                      2