AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |||
|---|---|---|
| BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location<br>**NORTHERN DISTRICT OF CALIFORNIA**<br>FILED 07 JUL 17 AM 10: 36<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>18 U.S.C. §1028(a)(6) - Possession of a False or Stolen U.S. Identification Document - (Class A Misdemeanor) | ☐ Petty<br>☐ Minor<br>☑ Misdemeanor<br>☐ Felony | **DEFENDANT - U.S.**<br>▶ MANUEL DEJESUS-PINEDA, a/k/a Juan Carlos Garcia<br><br>DISTRICT COURT NUMBER<br>**CR 07 0451 MAG** |
| PENALTY:<br>SEE ATTACHED<br><br>E-Filing |||

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Diplomatic Security Service, Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAGISTRATE CASE NO. _____

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 6/25/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ _____  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

**Penalty Sheet Attached**
**United States v. Manuel DeJesus-Pineda**
**File Number: 2007R00845**

**Penalty**

(1)  **Count one:**  Maximum Prison Term of 1 Year
Maximum Fine of $100,000
Maximum Supervised Release of 1 Year
Mandatory Special Assessment of $25
Deportation

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

**E-Filing**

FILED
07 JUL 17 AM 10: 36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> MANUEL DEJESUS-PINEDA, <br>   a/k/a Juan Carlos Garcia, <br>     Defendant. | No. CR 07 0451 MAG <br><br> VIOLATION: Title 18, United States Code, Section 1028(a)(6) – Possession of a False or Stolen United States Identification Document (Class A Misdemeanor) <br><br> SAN FRANCISCO VENUE |

### INFORMATION

The United States Attorney charges:

On or about July 9, 2001, in the Northern District of California, the defendant,

MANUEL DEJESUS-PINEDA,
a/k/a Juan Carlos Garcia,

knowingly possessed an identification document, that was or appeared to be an identification document of the United States, to wit: a California Driver's License in the name of Juan Carlos Garcia, which was produced without lawful authority, knowing that such document was

//

//

INFORMATION

produced without such authority, in violation of Title 18, United States Code, Section 1028(a)(6), a Class A Misdemeanor.

DATED: 7/16/07

SCOTT N. SCHOOLS
United States Attorney

GREGORY W. LOWDER
Chief, Major Crimes Section

(Approved as to form: _____)
WENDY M. THOMAS
Special Assistant United States Attorney

INFORMATION