1  SCOTT N. SCHOOLS (SCBN 9990)
   Acting United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California  94102
      Telephone: (415) 436-6809
7     Facsimile: (415) 436-7234
      E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   Criminal No. CR 07-0451 MAG
                                     )
14          Plaintiff,               )
                                     )
15                                   )   **[PROPOSED] ORDER AND
       v.                            )   STIPULATION EXCLUDING TIME
16                                   )   FROM JULY 18, 2007 TO AUGUST 2,
                                     )   2007**
17  MANUEL DEJESUS-PINEDA,           )
       a/k/a Juan Carlos Garcia,     )
18                                   )
            Defendant.               )
19  _____)

20

21          The parties appeared before the Honorable Nandor J. Vadas on July, 18 2007.

22  With the agreement of counsel for both parties, the Court found and held as follows:

23          1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24  3161(b), and under Federal Rule of Criminal Procedure 5.1, from July 18, 2007 to August 2,

25  2007, in light of the need for the defendant's counsel to review discovery.  Failure to grant the

26  requested continuance would unreasonably deny defense counsel reasonable time necessary for

27  effective preparation, taking into account the exercise of due diligence and the need for counsel

28  **[PROPOSED[ ORDER AND
   STIPULATION EXCLUDING TIME
   CR 07-0451 MAG**

1    to review the discovery with the defendant.

2         2. Given these circumstances, the Court found that the ends of justice served by

3    excluding the period from July 18, 2007 to August 2, 2007 outweigh the best interest of the

4    public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

5         3. Accordingly, and with the consent of the defendant, the Court ordered that the period

6    from July 18, 2007 to August 2, 2007 be excluded from Speedy Trial Act calculations under 18

7    U.S.C. § 3161(h)(8)(A) & (B)(iv).

8         4. The Court schedules a change of plea on August 2, 2007, at 11:00 a.m.

9

10        IT IS SO STIPULATED.

11

12   DATED:       7/18/2007                    /s/
                                        _____
                                        JOSH A. COHEN
13                                      Counsel for Manuel DeJesus-Mineda

14

15   DATED:       7/18/2007                    /s/
                                        _____
                                        WENDY M. THOMAS
16                                      Special Assistant U.S. Attorney

17        IT IS SO ORDERED.

18

19   DATED:_____        _____
                                        THE HON. NANDOR J. VADAS
20                                      United States Magistrate Judge

21

22

23

24

25

26

27

28
     **[PROPOSED[ ORDER AND**
     **STIPULATION EXCLUDING TIME**
     **CR 07-0451 MAG**            2