SCOTT N. SCHOOLS (SCBN 9990)
Acting United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

  450 Golden Gate Avenue
  San Francisco, California 94102
  Telephone: (415) 436-6809
  Facsimile: (415) 436-7234
  E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MANUEL DEJESUS-PINEDA, ) <br>   a/k/a Juan Carlos Garcia, ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal No. CR 07-0451 MAG <br><br> **[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 18, 2007 TO AUGUST 2, 2007** |

The parties appeared before the Honorable Nandor J. Vadas on July, 18 2007. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), and under Federal Rule of Criminal Procedure 5.1, from July 18, 2007 to August 2, 2007, in light of the need for the defendant's counsel to review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0451 MAG**

1  to review the discovery with the defendant.

2      2. Given these circumstances, the Court found that the ends of justice served by
3  excluding the period from July 18, 2007 to August 2, 2007 outweigh the best interest of the
4  public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

5      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
6  from July 18, 2007 to August 2, 2007 be excluded from Speedy Trial Act calculations under 18
7  U.S.C. § 3161(h)(8)(A) & (B)(iv).

8      4. The Court schedules a change of plea on August 2, 2007, at 11:00 a.m.

    IT IS SO STIPULATED.

DATED:    7/18/2007                  /s/
                                     JOSH A. COHEN
                                     Counsel for Manuel DeJesus-Mineda


DATED:    7/18/2007                  /s/
                                     WENDY M. THOMAS
                                     Special Assistant U.S. Attorney


    IT IS SO ORDERED.

DATED: 7/24/07
                                     THE HON. NANDOR J. VADAS
                                     United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0451 MAG**                     2