OR-07-451
MAG

1  SCOTT N. SCHOOLS (SCBN 9990)
   Acting United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
6     450 Golden Gate Avenue
      San Francisco, California 94102
7     Telephone: (415) 436-6809
      Facsimile: (415) 436-7234
8     E-Mail: wendy.thomas@usdoj.gov

9  Attorneys for Plaintiff

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,          )   Criminal No. 3-07-70366 BZ
14                                    )
          Plaintiff,                  )
15                                    )
                                      )   [PROPOSED] ORDER AND
16        v.                          )   STIPULATION EXCLUDING TIME
                                      )   FROM JUNE 29, 2007 TO JULY 18, 2007
17                                    )
   MANUEL DEJESUS-PINEDA,             )
18      a/k/a Juan Carlos Garcia,     )
                                      )
19        Defendant.                  )
                                      )
20

21        The parties appeared before the Honorable Bernard Zimmerman on June 29, 2007.
22 With the agreement of counsel for both parties, the Court found and held as follows:
23        1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
24 3161(b), and under Federal Rule of Criminal Procedure 5.1, from June 29, 2007 to July 18, 2007,
25 in light of the need for the defendant's counsel to obtain and review discovery. Failure to grant
26 the requested continuance would unreasonably deny defense counsel reasonable time necessary
27 for effective preparation, taking into account the exercise of due diligence and the need for
28 [PROPOSED] ORDER AND
   STIPULATION EXCLUDING TIME
   CR 3-07-70366 BZ

1  counsel to obtain and review the discovery with the defendant.
2      2. Given these circumstances, the Court found that the ends of justice served by
3  excluding the period from June 29, 2007 to July 18, 2007 outweigh the best interest of the public
4  and the defendant in a speedy trial. Id. § 3161(h)(8)(A).
5      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
6  from June 29, 2007 to July 18, 2007 be excluded from Speedy Trial Act calculations under 18
7  U.S.C. § 3161(h)(8)(A) & (B)(iv).
8      4. The Court schedules a preliminary hearing on July 18, 2007, at 9:30 a.m.

10  IT IS SO STIPULATED.

12  DATED: July 13, 2007                    /s/
                                            JOSH COHEN
                                            Counsel for Manuel DeJesus-Mineda

15  DATED: July 13, 2007                    /s/
                                            WENDY THOMAS
                                            Special Assistant U.S. Attorney

17  IT IS SO ORDERED.

19  DATED: July 25, 2007
                                            THE HON. BERNARD ZIMMERMAN
                                            United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]

28  [PROPOSED] ORDER AND
    STIPULATION EXCLUDING TIME
    CR 3-07-70366 BZ                       2