08/08/2007 12:23 pm

## Case Debt Type Payment Report
### U.S. Courts

Version 0.2

San Francisco

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | MANUEL DEJESUS-PINEDA | DCAN307CR000451 US V MANUEL DEJESUS-PINEDA | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 3461008972 | 1 | PR | 25.00 | 08/02/2007 |

Division Payment Total  25.00

Grand Total  25.00

$25.00  SPECIAL ASSESSMENT
PAID IN FULL
on 8-2-07

Page 1 of 1