06/03/2008 06:46 PM EST                                                                                         Version 7.0.1

San Francisco

## Case Debt Type Payment Report
### U.S. Courts

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | US V MANUEL DEJESUS-PINEDA | | | | | | | |

Case No. DCAN307CR000451

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | MANUEL DEJESUS-PINEDA | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611009245 | 1 | PR | 100.00 | 08/09/2007 |
| 001 | MANUEL DEJESUS-PINEDA | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611010948 | 1 | PR | 100.00 | 10/01/2007 |
| 001 | MANUEL DEJESUS-PINEDA | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611010949 | 1 | PR | 100.00 | 10/01/2007 |
| 001 | MANUEL DEJESUS-PINEDA | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611012126 | 1 | PR | 100.00 | 11/02/2007 |
| 001 | MANUEL DEJESUS-PINEDA | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611013342 | 1 | PR | 100.00 | 12/10/2007 |
| 001 | MANUEL DEJESUS-PINEDA | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611014245 | 1 | PR | 100.00 | 01/07/2008 |
| 001 | MANUEL DEJESUS-PINEDA | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611015784 | 1 | PR | 100.00 | 02/13/2008 |
| 001 | MANUEL DEJESUS-PINEDA | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611016762 | 1 | PR | 100.00 | 03/10/2008 |
| 001 | MANUEL DEJESUS-PINEDA | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611018117 | 1 | PR | 100.00 | 04/14/2008 |
| 001 | MANUEL DEJESUS-PINEDA | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611019740 | 1 | PR | 100.00 | 06/02/2008 |
| | | | | | | Sub-Total | | | 1,000.00 | |
| 001 | MANUEL DEJESUS-PINEDA | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611008972 | 1 | PR | 25.00 | 08/02/2007 |
| | | | | | | Division Payment Total | | | 1,025.00 | |
| | | | | | | Grand Total | | | 1,025.00 | |

CR 07-451 MAG

$ 1000.00 FINE PAID IN FULL on 6-2-08

**FILED**

JUN - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1